

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2022

No. 04-22-00231-CV

Michael **SCHULTZ**,
Appellant

v.

Frances **SCHULTZ**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-11680
Honorable Laura Salinas, Judge Presiding

# O R D E R

On April 20, 2022, appellant filed his notice of appeal. On July 22, 2022 the trial court clerk filed a notification of late clerk's record, stating that the appellant has failed to pay or make arrangements to pay the fee for preparing the clerk's record and that the appellant is not entitled to appeal without paying the fee. Furthermore, on July 26, 2022, the court reporter responsible for preparing the reporter's record in this appeal also filed a notification of late record, stating that the appellant has failed to pay or make arrangements to pay the fee for preparing the reporter's record.

We, therefore, ORDER appellant to provide written proof to this court within ten days of the date of this order that either (1) the clerk's fee for preparing the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal for want of prosecution if clerk's record is not filed due to appellant's fault); *see also* TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court).

We further ORDER appellant to provide written proof to this court within ten days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, and this appeal is not otherwise dismissed, appellant's brief will be due within thirty days from the date of this order, and the court will only

consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. See Tex. R. App. P. 37.3(c).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2022.

_____
Michael A. Cruz,
Clerk of Court